**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TERRENCE HOLMES, | : | Civil No. 3:17-CV-1567 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PA DEPT. OF CORRECTIONS, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, this 17th day of July, 2020, in accordance with the

accompanying Memorandum issued this day, **IT IS ORDERED THAT**:

1. The Defendants' motion for summary judgment (Doc. 21) is **GRANTED.**

2. The Clerk of Court shall enter judgment in favor of Defendants Nocholle Boguslaw and Michael Moclock, and against Plaintiff Terrence Holmes.

3. The Clerk of Court shall mark this matter **CLOSED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania